UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

J.C. GIBSON PLASTERING CO., INC.,

        Plaintiff,

v.                                 Case No. 3:07-cv-268-J-33TEM

XL SPECIALTY INSURANCE COMPANY, and
XL REINSURANCE AMERICA, INC.,

        Defendant.
_____/

**ORDER**

    This cause comes before the Court pursuant to Gibson's Motion for Partial Dismissal Without Prejudice (Doc. # 11) filed on June 8, 2007. In its motion, Gibson requests an order dismissing without prejudice Counts II and III of its three-count complaint. The defendants have filed no response, and the time to do so has expired. For the following reasons, the Court interprets Gibson's motion as a motion for leave to amend its complaint to eliminate Counts II and III. The Court grants that motion.

    Gibson's motion seeks dismissal of part of its action pursuant to Rule 41(a), Federal Rules of Civil Procedure. (Doc. # 11.) That rule, however, allows dismissal of an "action." Fed. R. Civ. P. 41(a). It does not allow dismissal of only part of an action. Klay v. United Healthgroup, Inc., 376 F.3d 1092, 1106 (11th Cir. 2004).

    Put simply, Rule 41 allows a plaintiff to dismiss all of

his claims against a particular defendant; its text does not permit plaintiffs to pick and choose, dismissing only particular claims within an action. "A plaintiff wishing to eliminate particular claims or issues from the action should amend the complaint under Rule 15(a) rather than dismiss under Rule 41(a)."

Id. (quoting 8 James Wm. Moore, Moore's Federal Practice § 41.21[2]). The Court construes Gibson's motion to dismiss as a motion for leave to amend. The Court grants Gibson leave to amend its complaint for the sole purpose of dropping Counts II and III of its original complaint.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

1. Gibson's Motion for Partial Dismissal Without Prejudice (Doc. # 11), which the court construes as a motion for leave to amend the complaint, is granted to the extent that Gibson may amend its complaint solely to drop Counts II and III.

2. Gibson shall file its amended complaint within TEN DAYS of the date of this Order.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 25th day of July 2007.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record

2